IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY ELMORE**  **PLAINTIFF**
ADC # 091418

v.   CASE NO. 4:24-CV-00263-BSM

**DOES**, *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 15] is adopted and Jeffrey Elmore's complaint is dismissed without prejudice. This dismissal counts as a "strike" under 28 U.S.C. section 1915(g). An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE