IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY ELMORE**                                                                                      **PLAINTIFF**
**ADC # 091418**

v.                                    CASE NO. 4:24-CV-00263-BSM

**DOES,** *et al.*                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE